**MITCHELL v. GOLDEN**

[333 N.C. 570 (1993)]

CONSTANCE M. MITCHELL v. JACKIE GOLDEN AND OBERIA BECK GOLDEN

No. 380A92

(Filed 7 May 1993)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 107 N.C. App. 413, 420 S.E.2d 482 (1992), finding no error in a trial which resulted in a judgment for plaintiff entered by Beaty, J., on 31 December 1990 in Superior Court, Forsyth County. On 18 November 1992 this Court allowed discretionary review of an additional issue. Heard in the Supreme Court 13 April 1993.

*Beverly R. Mitchell for plaintiff appellee.*

*Kennedy, Kennedy, Kennedy & Kennedy, by Harvey L. Kennedy, Harold L. Kennedy, Jr., and Harold L. Kennedy, III, for defendant appellants.*

PER CURIAM.

AFFIRMED.